UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEITH EGGUM,

    Petitioner,

v.                                                                                            Case No. 18-C-1111

GARY BOUGHTON,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

Petitioner Keith Eggum filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 31, 2018, Magistrate Judge Nancy Joseph screened his petition and filed a Report and Recommendation. ECF No. 8. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed for failure to diligently prosecute. Eggum has not filed an objection to this recommendation. After careful consideration of the Report and Recommendation as well as the record as a whole, the Court adopts the Report and Recommendation of the Magistrate Judge and orders the petition dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

**SO ORDERED** this   1st   day of October, 2018.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court